IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:21-CV-04062 |
| DEERBROOK INVESTMENT PROPERTIES, LTD., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SALVADOR SEGOVIA, JR., and Defendant, DEERBROOK INVESTMENT PROPERTIES, LTD., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of the entire action, with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice. Each party is to bear their own fees and costs.

Respectfully submitted this 11th day of August, 2022.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

/*s/*   Phillip Baggett\
Phillip Baggett, Esq.\
State Bar No. 24092067\
Jackson Lewis P.C.\
717 Texas Avenue, Suite 1700\
Houston, TX 77002\
Tel: 713-568-7855\
Email: Phillip.Baggett@jacksonlewis.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 11th day of August, 2022.

s/ Douglas S. Schapiro\
Douglas S. Schapiro, Esq.\
Southern District of Texas ID No. 3182479